1  ~~Marc V. Kalagian~~
   ~~Attorney at Law: 149034~~
2  ~~Law Offices of Rohlfing & Kalagian, LLP~~
   ~~211 East Ocean Boulevard, Suite 420 Long Beach, CA 90802~~
3  ~~Tel.: (562)437-7006~~
   ~~Fax: (562)432-2935~~
4  ~~E-mail: rohlfing.kalagian@rksslaw.com~~

5  ~~Attorneys for Plaintiff~~
   ~~Joseph B. Dixon~~

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN 15 2012

CENTRAL DISTRICT OF CALIFORNIA
BY SWY    DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH B. DIXON,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　Defendant | Case No.: 2:11-CV-06251 AN<br><br>~~[PROPOSED]~~ ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $3,300.00 as authorized by 28 U.S.C. § 2412 and costs in the amount of ($400.00) as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE: June 15, 2012

　　　　　　　　　　　　　　　　/s/ Arthur Nakazato

　　　　　　　　　　　　THE HONORABLE ARTHUR NAKAZATO
　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

-1-